**CRIMINAL COMPLAINT**

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br><br>**MICHAEL JAY CORROW**<br>DOB:_____/1980; United States Citizen | DOCKET NO.<br><br>FILED _____ LODGED _____ RECEIVED _____ COPY<br>DEC 3 2009<br><br>MAGISTRATE'S CASE NO.<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY<br>**09-02383M** |

| | |
|---|---|
| Complaint for violation of Title 18 | United States Code §§ 922 (g)(1) and 924(a)(2) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 16, 2009, at or near Tucson, in the District of Arizona, **Michael Jay Corrow**, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Sexual Conduct with a Minor, 2nd Degree, in Pima County Superior Court, Tucson, Arizona, case number CR58736, on March 19, 1998; did knowingly possess a firearm and ammunition, that is: one (1) Taurus, model PT145, .45 caliber pistol serial number NSB60406; three (3) rounds of Hornaday Manufacturing Company .45 caliber ammunition; and one (1) round of Winchester manufactured .45 caliber ammunition; said firearm and ammunition not being manufactured in Arizona thus affecting commerce in that they previously were transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 16, 2009, an ATF Special Agent, acting in an undercover capacity, had contact with **Michael Jay Corrow** at a Circle K on Orange Grove Road in Tucson, AZ. **Corrow** sold a firearm to the ATF agent: one Taurus, model PT145, .45 caliber pistol, serial number NSB60406. **Corrow** handled the firearm and stated that it functioned properly. **Corrow** offered to sell the firearm for $425. The ATF agent provided **Corrow** with $425 in exchange for the pistol. **Corrow** provided 3 rounds of Hornaday Manufacturing Company .45 caliber ammunition and 1 round of Winchester manufactured .45 caliber ammunition, as well as two magazines for the pistol. **Corrow** had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Sexual Conduct with a Minor, 2nd Degree, in Pima County Superior Court, Tucson, Arizona, case number CR58736, on March 19, 1998 A nexus determination by ATF revealed that the firearm and the ammunition affected interstate and/or foreign commerce in that they were manufactured outside of the state of Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| | |
|---|---|
| WARRANT AND DETENTION REQUESTED<br>**Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.**<br>AUSA Angela W. Woolridge<br>*Angela W Woolridge* | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE<br>**ATF Agent** |
| **Sworn to before me and subscribed in my presence.** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 20, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5